UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In the Matter of the Application of
__Jeffrey A. Spector__,

for Special Temporary Admission to the Bar of the United States District Court for the District of Puerto Rico as an Attorney for the United States Government pursuant to Local Civil Rule 83A(e)

Misc. No. 25-mc-260-RAM

6/11/2025
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



## Application for Special Temporary Admission and CM/ECF Registration

In accordance with Local Rule 83A(e), I am applying for special temporary admission to the Bar of the United States District Court for the District of Puerto Rico. In support of this application, I certify that I am an active member in good standing with the __Maryland__ State Bar; that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the local rules of this Court, and the American Bar Association's Model Rules of Professional Conduct.

### PERSONAL DATA

- Name:

| Spector | Jeffrey | A | |
|---|---|---|---|
| (Last Name) | (First Name) | (MI) | (Suffix) |

- Puerto Rico/other State Bar ID Number: __9412150193__

- Agency Affiliation: __U.S. Department of Justice, Environment and Natural Resources Division, Environmental Enforcement Section__

- Mailing Address: __P.O. Box 7611__

City: __Washington__   State: __DC__   Zip Code: __20044-7611__

Phone Number: __202-514-4432__   FAX Number: __202-616-6584__

- Email Address: __Jeffrey.Spector@usdoj.gov__

- Date of Birth: __01/10/1968__

### EDUCATION

Undergraduate School: __The Johns Hopkins University__   Year Graduated: __1990__

Graduate School: _____   Year Graduated: _____

Law School: __New York University School of Law__   Year Graduated: __1994__

## BAR ADMISSIONS INFORMATION

☐ Date Admitted to the Puerto Rico Bar: _____

☐ If not admitted in Puerto Rico, list other State Bar admission(s), date(s) of admission(s), and Bar ID Number(s):

Maryland, 12/15/94, 9412150193

☐ Other Federal Court admission(s), date of admission(s), and Bar ID Number(s):

District of the District of Columbia, 9/13/99, 452484

## CERTIFICATE OF DISCIPLINARY ACTIONS

☐ I am not now, nor have I ever been subject to any disciplinary action by the Puerto Rico Bar or any other state bar in which I am a member.

☐ I am currently or have been subject to disciplinary action, and I have been reinstated or applied for reinstatement (attach a copy of the reinstatement order and/or application).

## CM/ECF REGISTRATION

I acknowledge that, upon approval of this application, I will request e-Filing access to the Court's Case Management/Electronic File system (NextGen) for the U.S. District Court of Puerto Rico pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Civil Rule 5, by following the step-by-step procedure detailed in the URL link below:

https://www.prd.uscourts.gov/sites/default/files/20211130-CMECFNG-How-to-Request-eFiling-Access.pdf

June 10, 2025
Date

Signature

## CERTIFICATION IN SUPPORT OF APPLICATION

In accordance with the requirements of Local Civil Rule 83A(e)(3), I certify that I am personally acquainted with the applicant for special temporary admission, I know the applicant to be of good moral character and otherwise competent and eligible to be admitted to practice before the bar of the United States District Court for the District of Puerto Rico as an attorney employed or retained by the United States or its agencies and/or as a representative of the United States or any of its officer or agencies in an official capacity.

Dated this ___10th___ day of _____June_____, __2025__.

_____
Signature

| | |
|---|---|
| Name: | Patricia McKenna |
| Title: | Deputy Section Chief |
| Agency: | US Dept. of Justice |
| Agency's Name and Address: | US Dept. of Justice, Envt'l Enforcement Section |
| | P.O. Box 7611 |
| | Washington, DC 20044-7611 |
| Telephone Number: | 202-616-6517 |